

# IN THE COURT OF CRIMINAL APPEALS
# OF TEXAS

### NO. WR-91,066-01

**EX PARTE ROGER DALE BRUCE, JR., Applicant**

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. DC-F201800250A IN THE 18TH DISTRICT COURT
### FROM JOHNSON COUNTY

*Per curiam.*

## O R D E R

Applicant was convicted of assault family violence impeding breath and assault family violence with prior conviction, and sentenced to eight years imprisonment and ten years probation respectively. Applicant did not appeal his convictions. Applicant filed this application for a writ of habeas corpus in the county of conviction, and the district clerk forwarded it to this Court. *See* TEX. CODE CRIM. PROC. art. 11.07.

After a review of the record, we find that, while this application refers to both counts of this cause number, all the claims refer only to the second count wherein Applicant received a suspended sentence and was placed on community supervision. Applicant's

community supervision has not been revoked at this time, and therefore, his conviction under that count is not final. *See* TEX. CODE CRIM. PROC. arts. 11.07, § 3(a), 11.072. Therefore, we dismiss this application.

Filed:     April 22, 2020
Do not publish